

IN THE
TENTH COURT OF APPEALS

————————

No. 10-08-00050-CV

IN RE VAUGHN BIRDWELL

————————

Original Proceeding

## MEMORANDUM OPINION

The petition for writ of mandamus is denied.[1]  *See Harrell v. State,* --- S.W.3d ---,

2009 WL 1567107 (Tex. June 5, 2009).


REX D. DAVIS
Justice

Before Chief Justice Gray,
        Justice Reyna, and
        Justice Davis
Petition denied
Opinion delivered and filed June 17, 2009
[OT06]

---

[1] We have redesignated this proceeding as "CV" rather than "CR."  *See Harrell,* --- S.W.3d at ---, 2009 WL 1567107, at \*2; *In re Johnson*, 280 S.W.3d 866, 869-70, 874 (Tex. Crim. App. 2008) (orig. proceeding).